IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SITCO GENERAL TRADING AND CONTRACTING CO., W.W.L., a Kuwait Corporation, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-603C |
| | ) | (Judge Hodges Jr.) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Maame A.F. Ewusi-Mensah, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Maame A.F. Ewusi-Mensah
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 10106
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0503
Facsimile: (202) 514-8640
E-mail: Maame.Ewusi-Mensah@usdoj.gov

Dated: September 3, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 3rd day of September, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Maame A.F. Ewusi-Mensah